IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DOCKET NO.: 24-11126

DAVITA M. KEY,

Plaintiff-Appellant

v.

HYUNDAI MOTOR MANUFACTURING OF ALABAMA, et al,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DISTRICT COURT CIVIL ACTION NO.: 2:19-CV-00767-ECM-SMD

APPELLANT DAVITA KEY'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

OF COUNSEL:

| | |
|---|---|
| Heather Newsom Leonard | Leslie A. Palmer |
| HEATHER LEONARD, PC | PALMER LAW, LLC |
| 2105 Devereux Circle, Suite 111 | 104 23rd Street South, Suite 100 |
| Birmingham, AL 35243 | Birmingham, AL 35223 |
| (205) 977-5421 | (205) 285-3050 |
| Heather@HeatherLeonardPC.com | Leslie@PalmerLegalServices.com |

*Davita M. Key v. Hyundai Motor Manufacturing of Alabama, et al.*
Docket No. 24-11126

---

### APPELLANT DAVITA M. KEY'S
### CERTIFICATE OF INTERESTED PERSONS

---

Pursuant to Rule 26.1, Fed. R. App. Proc. and Eleventh Circuit Rule 26.1-1, the undersigned counsel of record for the Appellant Davita M. Key hereby certifies the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, corporations (including subsidiaries, conglomerates, affiliates, parent corporations and any publicly held corporation which owns 10% or more of the party's stock), and other identifiable legal entities related to a party that has an interest in this case.

　　Davita M. Key, Plaintiff-Appellant

　　Hyundai Motor Manufacturing of Alabama, LLC, Defendant-Appellee

　　Hyundai ENG America, Inc., Defendant-Appellee

　　Dynamic Security, Inc., Defendant-Appellee

　　Whitney Ryan Brown, counsel for Defendant-Appellee

　　Daivd Middlebrooks, counsel for Defendant-Appelle

　　Lehr Middlebrooks Vreeland & Thompson, PC, counsel for Defendant-Appellee

　　Matthew T. Miller, counsel for Defendant-Appellee

2

Sarahanne Vaughn, counsel for Defendant-Appellee

Cortlin Bond, counsel for Defendant-Appellee

Bradley Arant Boult Cummings, LLP, counsel for Defendant-Appellee

Wesley C. Redmond, counsel for Defendant-Appellee

Susan W. Bullock, counsel for Defendant-Appellee

FordHarrison, LLP, counsel for Defendant-Appellee

Leslie A. Palmer, counsel for Plaintiff-Appellant

Palmer Law, LLC, counsel for Plaintiff-Appellant

Heather Newsom Leonard, counsel for Plaintiff-Appellant

Emily C. Marks, U.S. District Court Judge

Stephen M. Doyle, U.S. Magistrate Judge

                              Respectfully submitted,

                              */s/ Heather Newsom Leonard*
                              Heather Newsom Leonard
                              One of the Attorneys for the Appellant

OF COUNSEL:

HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
(205) 977-5421
Heather@HeatherLeonardPC.com

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Middlebrooks
Whitney Brown
Lehr Middlebrooks Vreeland & Thompson, PC
P.O. Box 11945
Birmingham, AL 35202-1945

Matthew Miller
Sarahanne Vaughn
Cortlin Bond
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL 35203

/s/ *Heather Newsom Leonard*
COUNSEL FOR APPELLANT