No. 24-11126-B

_____

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

_____

**DAVITA KEY,**

*Plaintiff-Appellant,*

v.

**HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, et al.**

*Defendant-Appellees,*

**Appeal from the United States District Court for the Middle District of Alabama, Northern Division**

**No. 2:19-cv-767-ECM**

_____

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLEE DYNAMIC SECURITY, INC.**

_____

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com
Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904
*Counsel for Appellee,*
*Dynamic Security, Inc.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Appellee Dynamic Security, Inc., submits the following list of all judges, attorneys, individuals, associations, firms, partnerships, or corporations having an interest in the outcome of this appeal:

1. Bond, Courtlin (Counsel for Defendant);

2. Bradley Arant Boult Cummings, LLP (Counsel for Defendant);

3. Brown, Whitney R. (Counsel for Defendant);

4. Bullock, Susan W. (Counsel for Appellant/Defendant);

5. Dynamic Security, Inc. (Appellant/Defendant);

6. FordHarrison, LLP (Counsel for Appellant/Defendant);

7. Key, Davita M. (Appellee/Plaintiff);

8. Heather Leonard, P.C. (Counsel for Appellee/Plaintiff);

9. Hyundai ENG America, Inc. (Defendant);

10. Hyundai Motor Manufacturing Alabama, LLC (Defendant);

11. Lehr Middlebrooks Vreeland & Thompson, P.C. (Counsel for Defendant);

12. Leonard, Heather (Counsel for Appellee/Plaintiff);

13. Marks, Hon. Emily C. (Chief Judge, United States District Court);

14. Middlebrooks, David J. (Counsel for Defendant);

15. Miller, T. Matthew (Counsel for Defendant);

16. Palmer Law, LLC (Counsel for Appellee/Plaintiff);

17. Palmer, Leslie A. (Counsel for Appellee/Plaintiff);

18. Redmond, Wesley C. (Counsel for Appellant/Defendant);

19. Vaughn, Sarahanne (Counsel for Defendant).

Pursuant to Fed. R. App. P. 26.1-3(b), Appellee states that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

**Corporate Disclosure**. Pursuant to Fed. R. App. P. 26.1, and 11th Cir. R. 26.1-1, 26.1-2 and 26.1-3, Appellee Dynamic Security, Inc., submits this Corporate Disclosure, stating as follows:

Appellee Dynamic Security, Inc. has not issued shares or debt securities to the public. Furthermore, no parent, subsidiary, or affiliate of Appellee has issued shares of debt securities to the public, nor does any publicly owned company own ten percent or more of the stock of the Appellee. Appellee is not aware of any other entity likely to be an active participant in the proceedings.

Respectfully submitted,

*/s/ Wesley C. Redmond*
Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL  35203
wredmond@fordharrison.com

3

Phone: 205-244-5905
sbullock@fordharrison.com
Phone: 205-244-5904

*Attorneys for Appellee,*
*Dynamic Security, Inc.*

## Certificate of Compliance

This document contains 542 words and thus complies with the word limit of Fed. R. App. P. 32(a)(7)(B), excluding the parts exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6).

Dated: April 24, 2024

Respectfully submitted,

*/s/Wesley C. Redmond*
OF COUNSEL

**Certificate of Service**

I certify that, on April 24, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Counsel for all parties registered as CM/ECF users will be served with the foregoing document by the Court's CM/ECF system.

/s/Wesley C. Redmond
OF COUNSEL