Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 24-11126

Caption: Davita M. Key vs. Hyundai Motor Manufacturing of Alabama, LLC, et al.

District and Division: Middle District of Alabama
Name of Judge: Judge Emily C. Marks
Nature of Suit: Employment Discrimination
Date Complaint Filed: 10/10/2019
District Court Docket Number: 2:19-cv-00767-ECM-SMD
Date Notice of Appeal Filed: 4/10/2024
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Heather N. Leonard | 2105 Devereux Circle<br>Suite 111<br>Vestavia Hills, AL 35243 | (205) 977-5421<br>(205) 285-3050<br>(205) 278-1400 |
|  | Leslie A. Palmer | 104 23rd Street South<br>Suite 100<br>Birmingham, AL 35233 | heather@heatherleonardpc.com<br>leslie@palmerlegalservices.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | David James Middlebrooks<br>Whitney Ryan Brown | PO Box 11945<br>Birmingham, AL 35202-1945 | (205) 326-3002<br>(205) 521-8000<br>(205) 244-5901 |
|  | Corlin Lee Bond<br>Sarahanne Young Vaughan<br>Thomas Matthew Miller | One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | (205) 326-3008<br>(205) 521-8800<br>(205) 244-5901 |
|  | Susan Ware Bullock<br>Wesley Clyde Redmond | 420 20th Street North<br>Suite 2560<br>Birmingham, AL 35203 | dmiddlebrooks@lehrmiddlebrooks.com<br>cbond@bradley.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary    ☐ Granted<br>☐ Permanent       ☐ Denied |

Page 2            11th Circuit Docket Number: 24-11126

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☒ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☒ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☒ Yes ☐ No

If Yes, provide
(a) Case Name  Davita Key v. Dynamic Security, Inc.
(b) Citation _____
(c) Docket Number if unreported  24-11069B
(d) Court or Agency  11th Circuit Court of Appeals

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☒ No
(b) Among circuits? ☐ Yes ☒ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

See Attached statement of issues to be raised on appeal

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __26__ DAY OF __April__, __2024__.

Leslie Palmer
NAME OF COUNSEL (Print)            SIGNATURE OF COUNSEL

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

DOCKET NO.: 24-11126

---

DAVITA M. KEY,

Plaintiff – Appellant,

v.

HYUNDAI MOTOR MANUFACTURING OF ALABAMA, et al,

Defendants – Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DISTRICT COURT CIVIL ACTION NO.: 2:19-CV-00767-ECM-SMD

---

APPELLANT'S ATTACHMENT TO THE CIVIL APPEALS STATEMENT

---

COUNSEL FOR APPELLANT:

Heather Newsom Leonard
HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
(205) 977-5421
Heather@HeatherLeonardPC.com

Leslie A. Palmer
PALMER LAW, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205) 285-3050
Leslie@PalmerLegalServices.com

5.     Issues proposed to be raised on appeal:

- Did the District Court err when it dismissed all Title VII claims agisnt Appellee-Defendant-Hyundai ENG America, Inc. ("HEA") before allowing discovery into whether HEA had sufficient notice to effeccuate the purpose of Title VII.

- Can the EEOC's internal handling of EEOC charging documents affect the exhaustion of administrative remedies to act as a bar to any remedy when a pro se charging party had no control over the internal processes.

- Did the District Court missaply the motion to dismiss standard.

- Did the District Court missaply the summary judgment standard.

- Did the District Court err by applying the three-day mailing rule contrary to the weight of the evidence where the record was void of any proof that the EEOC mailed the requisite document to Appellant-Plaintiff.

- Did the District Court err by concluding that a grooming policy that applied specifically to prevent the wearing of natural dreadlocks did not constitute intentional race discrimination.

- Did the District Court err by dismissing retaliation claims where the evidence viewed in the light most favorable to Appellee-Plaintiff showed a basis for a reasonable belief that the grooming policy was being used as a proxy for race discrimination.

- Did the District Court err by dismissing all claims against Appellees-Defendants Hyundai Motor Manufacturing of Alabama, LLC and Hyundai ENG America, Inc.