IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DOCKET NO.: 24-11126

DAVITA M. KEY,

Appellant

v.

HYUNDAI MOTOR MANUFACTURING OF ALABAMA, et al,

Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DISTRICT COURT CIVIL ACTION NO.: 2:19-CV-00767-ECM-SMD

APPELLEE HYUNDAI MOTOR MANUFACTURING OF ALABAMA, LLC'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

OF COUNSEL:

Whitney R. Brown ASB-4431-H71B
David J. Middlebrooks ASB- 8553-D58D
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
wbrown@lehrmiddlebrooks.com
dmiddlebrooks@lehrmiddlebrooks.com

*Davita M. Key v. Hyundai Motor Manufacturing of Alabama, et al.*
Docket No. 24-11126

# APPELLEE HYUNDAI MOTOR MANUFACTURING OF ALABAMA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel for Appellee certifies that the following have an interest in the outcome of this appeal:

Bond, Cortlin—counsel for Appellee Hyundai ENG America, Inc.

Bradley Arant Boult Cummings, LLP—counsel for Appellee Hyundai ENG America, Inc.

Brown, Whitney R.—counsel for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Bullock, Susan W. —counsel for Appellee Dynamic Security, Inc.

Doyle, Stephen M.—U.S. Magistrate Judge

Dynamic Security, Inc.—Appellee

FordHarrison, LLP—counsel for Appellee Dynamic Security, Inc.

Hyundai ENG America, Inc.—Appellee

Hyundai Motor America—single member of Appellee Hyundai Motor Manufacturing of Alabama, LLC.

*Davita M. Key v. Hyundai Motor Manufacturing of Alabama, et al.*
Docket No. 24-11126

Hyundai Motor Company, Ltd. (HYMTF, OTC U.S. Stock Market Ticker)[1]—parent of Hyundai Motor America

Hyundai Motor Manufacturing of Alabama, LLC—Appellee

Key, Davita M.—Appellant

Lehr Middlebrooks Vreeland & Thompson, PC—counsel for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Leonard, Heather Newsom—counsel for Appellant

Marks, Emily C.—U.S. District Court Judge

Middlebrooks, David J.—counsel for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Miller, Matthew T.—counsel for Appellee Hyundai ENG America, Inc.

Palmer Law, LLC—counsel for Appellant

Palmer, Leslie A.—counsel for Appellant

Redmond, Wesley C.—counsel for Appellee Dynamic Security, Inc.

Smith, Scott Burnett—counsel for Appellee Hyundai ENG America, Inc.

Vaughn, Sarahanne—counsel for Appellee Hyundai ENG America, Inc.

---

[1] Hyundai Motor Company, Ltd. is publicly traded on the Korean Stock Exchange.

*Davita M. Key v. Hyundai Motor Manufacturing of Alabama, et al.*
Docket No. 24-11126

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellee states as follows:

Hyundai Motor Manufacturing Alabama, LLC is a single member limited liability company. Its single member is Hyundai Motor America, whose parent company is Hyundai Motor Company, Ltd., which is listed on the Korean Stock Exchange.

Respectfully Submitted,

s/Whitney R. Brown
Whitney R. Brown ASB-4431-H71B
David J. Middlebrooks ASB-8553-D58D

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
wbrown@lehrmiddlebrooks.com
dmiddlebrooks@lehrmiddlebrooks.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Heather Newsom Leonard, Esq.
Heather Leonard, P.C.
2105 Devereux Circle, Suite 111
Birmingham, AL 35243

*Davita M. Key v. Hyundai Motor Manufacturing of Alabama, et al.*
Docket No. 24-11126

Wesley C. Redmond, Esq.
Susan W. Bullock, Esq.
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL 35203

Leslie Palmer, Esq.
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233

T. Matthew Miller, Esq.
Cortlin Bond, Esq.
Sarahanne Vaughan, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

                                                s/Whitney R. Brown
                                                OF COUNSEL

794936.docx