No. 24-11126

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

◆

DAVITA M. KEY,

*Appellant*,

v.

HYUNDAI MOTOR MANUFACTURING AMERICA, LLC, ET AL.,

*Appellees.*

◆

On Appeal from the United States District Court for the
Middle District of Alabama, No. 2:19-cv-00767-ECM-SMD

◆

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

◆

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
(256) 517-5198
ssmith@bradley.com

T. Matthew Miller
Sarahanne Young Vaughan
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8800
mmiller@bradley.com
svaughan@bradley.com

**COUNSEL FOR APPELLEE HYUNDAI ENG AMERICA, INC.**

*Key v. Hyundai Motor Manufacturing America, LLC, et al.,*

No. 24-11126

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Appellee Hyundai ENG America, Inc., pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, identifies below all trial judges, attorneys, persons, associations of persons, firms, partnerships, corporations, and other legal entities that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates and parent corporations, any publicly held company that owns 10 percent or more of a party's stock, and other identifiable legal entities related to a party.

Bae, Yurie Yeoul, Attorney for Appellee Hyundai ENG America, Inc.

Bond, Cortlin, Attorney for Appellee Hyundai ENG America, Inc.

Bradley Arant Boult Cummings, LLP, Counsel for Appellee Hyundai ENG America, Inc.

Brown, Whitney R., Attorney for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Bullock, Susan W., Attorney for Appellee Dynamic Security, Inc.

DeWeese & Bae, LLC, Counsel for Appellee Hyundai ENG America, Inc.

DeWeese, Richard Leon, Attorney for Appellee Hyundai ENG America, Inc.

Doyle, The Honorable Stephen M., United States Magistrate Judge for the Middle District of Alabama

*Key v. Hyundai Motor Manufacturing America, LLC, et al.,*

No. 24-11126

Dynamic Security, Inc., Appellee

FordHarrison, LLP, Counsel for Appellee Dynamic Security, Inc.

Heather Leonard, PC, Counsel for Appellant

Hyundai ENG America, Inc., Appellee

Hyundai Engineering Co., (not publicly traded),

parent company of Hyundai ENG America, Inc. (not publicly traded).

Hyundai Motor America, single member of Appellee Hyundai Motor

Manufacturing of Alabama, LLC.

Hyundai Motor Company, Ltd. (HYMTF, OTC U.S. Stock Market Ticker)[1],

parent of Hyundai Motor America

Hyundai Motor Manufacturing of Alabama, LLC, Appellee

Key, Davita M., Appellant

Lehr Middlebrooks Vreeland & Thompson, PC, Counsel for Appellee

Hyundai Motor Manufacturing of Alabama, LLC

Leonard, Heather Newsom, Attorney for Appellant

Marks, The Honorable Emily C., United States District Court Judge

Middlebrooks, David J., Attorney for Appellee Hyundai Motor

Manufacturing of Alabama, LLC

---

[1] Hyundai Motor Company, Ltd. is publicly traded on the Korean Stock Exchange.

*Key v. Hyundai Motor Manufacturing America, LLC, et al.,*

No. 24-11126

Miller, T. Matthew, Attorney for Appellee Hyundai ENG America, Inc.

Palmer Law, LLC, Counsel for Appellant

Palmer, Leslie A., Attorney for Appellant

Redmond, Wesley C., Attorney for Appellee Dynamic Security, Inc.

Smith, Scott Burnett, Attorney for Appellee Hyundai ENG America, Inc.

Vaughan, Sarahanne Young, Attorney for Appellee Hyundai ENG America, Inc.

*Key v. Hyundai Motor Manufacturing America, LLC, et al.,*

No. 24-11126

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellee states as follows:

HYUNDAI ENGINEERING CO., LTD, parent company of Hyundai ENG America, Inc. (not publicly traded).

The following are affiliates of Hyundai ENG America, Inc.:

HYUNDAI ENGINEERING INDIA PRIVATE LIMITED

HYUNDAI HYUNDAI ENGINEERING CHINA(BEIJING)CO.,LTD

RIZHAO AMCO PROPERTY SERVICE CO., LTD

HYUNDAI ENGINEERING RUS. L.L.C.

HYUNDAI ENGINEERING DEUTSCHLAND GMBH

HYUNDAI ENGINEERING BRASIL

CONSTRUTORA EGESTAO DE PROJETOS LTDA.

HYUNDAI ENGINEERING PAKISTAN (PRIVATE) LIMITED

HYUNDAI ENGINEERING INSAAT TURIZM

SANAYI VE TICARET LIMITED SIRKETI

HYUNDAI ENGINEERING CZECH S.R.O.

HYUNDAI ENGINEERING SLOVAKIA S.R.O.

GALING POWER & ENERGY CONSTRUCTION CO. INC.

*Key v. Hyundai Motor Manufacturing America, LLC, et al.,*

No. 24-11126

HYUNDAI ENGINEERING MEXICO, S. DE R.L. DE C.V.

PT. HEIN GLOBAL UTAMA

HYUNDAI ENGINEERING MALAYSIA SDN BHD

HEC INDIA LLP

PT. HYUNDAI ENGINEERING

INDONESIA FACILITY MANAGEMENT

HYUNDAI ENGINEERING POLAND S. Zoo

HYUNEN CANADA LTD.

HYUNDAI ENGINEERING SINGAPORE PTE. LTD.

HYUNDAI ENGINEERING

COMPANY AUSTRALIA PTY LTD

PT. HYUNDAI ENGINEERING SSA

HYUNDAI ENGINEERING CHENNAI Private Limited

Respectfully submitted,


*/s/ T. Matthew Miller*
T. Matthew Miller
Attorney for Appellee
Hyundai ENG America, Inc.

USCA11 Case: 24-11126    Document 28    Date Filed: 05/09/2024    Page: 7 of 8
*Key v. Hyundai Motor Manufacturing America, LLC, et al.,*

No. 24-11126

BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8800
mmiller@bradley.com

OF COUNSEL:
Sarahanne Young Vaughan
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, Alabama 35203
(205) 521-8391
(205) 521-8013
svaughan@bradley.com

Scott Burnett Smith
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
(256) 517-5198
ssmith@bradley.com

*Key v. Hyundai Motor Manufacturing America, LLC, et al.,*

No. 24-11126

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Heather Newsom Leonard
Heather Leonard, P.C.
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
Heather@heatherleonardpc.com

Leslie Palmer
Palmer Law, LLC
104 23rd Street South, Suite 100
Birmingham, AL 35233
leslie@palmerlegalservices.com

Wesley C. Redmond
Susan W. Bullock
FordHarrison LLP
420 20th Street North, Suite 2560
Birmingham, AL 35203
wredmond@fordharrison.com
sbullock@fordharrison.com

Yurie Yeoul Bae
Richard Leon DeWeese, Jr.
DeWeese & Bae LLC
8191 Seaton Place
Montgomery, AL  36117
richard@deweesebae.com
yurie@deweesebae.com

Whitney R. Brown
David J. Middlebrooks
LEHR MIDDLEBROOKS
VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
wbrown@lehrmiddlebrooks.com
dmiddlebrooks@lehrmiddlebrooks.com

*/s/ T. Matthew Miller*
Of Counsel