UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 07, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-11126-DD
Case Style: Davita Key v. Hyundai Motor Manufacturing Alabama, LLC, et al
District Court Docket No: 2:19-cv-00767-ECM-SMD

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s):

Consolidation Notice, DE [24]

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:              404-335-6122
Case Administration:     404-335-6135     Capital Cases:                    404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:      404-335-6141

MOT-2 Notice of Court Action