Nos. 24-11126

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DAVITA KEY,
 Plaintiff-Appellant,

v.

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC;
HYUNDAI ENGINEERING AMERICA, INC.; and
DYNAMIC SECURITY, INC.,
 Defendants-Appellees.

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

 Pursuant to Eleventh Circuit Rule 26.1-1, the Equal Employment Opportunity Commission (EEOC) as amicus curiae certifies that, in addition to those listed in the certificates filed by plaintiff-appellant and defendants-appellees, the following persons and entities may have an interest in the outcome of this case:

 1. Equal Employment Opportunity Commission (Amicus Curiae)

 2. Gilbride, Karla (General Counsel, EEOC)

 3. Goldstein, Jennifer S. (Associate General Counsel, EEOC)

4.      Occhialino, Anne Noel (Assistant General Counsel, EEOC)

5.      Yeomans, Georgina C. (Attorney, EEOC)

Pursuant to Federal Rule of Appellate Procedure 26.1, the EEOC, as a government agency, is not required to file a corporate disclosure statement. The EEOC is not aware of any publicly traded corporations or companies that have an interest in the outcome of this case or appeal.

s/*Georgina C. Yeomans*
GEORGINA C. YEOMANS
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2748
georgina.yeomans@eeoc.gov

December 4, 2024