No. 24-11126-GG

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

DAVITA KEY,

*Appellant,*

*v.*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC
HYUNDAI ENG AMERICA, INC., AND
DYNAMIC SECURITY, INC.,

*Appellees.*

---

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:19-cv-0767-ECM

---

## APPELLEE HYUNDAI ENG AMERICA, INC.'S UNOPPOSED MOTION
## FOR EXTENSION OF BRIEFING SCHEDULE

---

T. Matthew Miller
Sarahanne Vaughan
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8000
mmiler@bradley.com
svaughan@bradley.com

Scott Burnett Smith
Schyler B. Burney
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
(256) 517-5198
ssmith@bradley.com
sburney@bradley.com

*Attorneys for Appellee Hyundai ENG America, Inc.*

*Key v. Hyundai Motor Manufacturing Ala., LLC, et al.*

No. 24-11126-GG

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Appellee Appellee Hyundai ENG America, Inc. provides the following:

Bae, Yurie Yeoul, Attorney for Appellee Hyundai ENG America, Inc.

Bond, Cortlin, Attorney for Appellee Hyundai ENG America, Inc.

Bradley Arant Boult Cummings, LLP, Counsel for Appellee Hyundai ENG America, Inc.

Brown, Whitney R., Attorney for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Bullock, Susan W., Attorney for Appellee Dynamic Security, Inc.

Burney, Schyler B., Attorney for Appellee Hyundai ENG America, Inc.

Company Australia PTY Ltd., affiliate of Appellee Hyundai ENG America, Inc.

Construtora Egestao de Projetos Ltda., affiliate of Appellee Hyundai ENG America, Inc.

DeWeese & Bae, LLC, Counsel for Appellee Hyundai ENG America, Inc.

DeWeese, Richard Leon, Attorney for Appellee Hyundai ENG America, Inc.

No. 24-11126-GG

Doyle, The Honorable Stephen M., United States Magistrate Judge for the Middle District of Alabama

Dynamic Security, Inc., Appellee

FordHarrison, LLP, Counsel for Appellee Dynamic Security, Inc.

Galing Power & Energy Construction Co. Inc., affiliate of Appellee Hyundai ENG America, Inc

Heather Leonard, PC, Counsel for Appellant

HEC India LLP, affiliate of Appellee Hyundai ENG America, Inc

Hyundai ENG America, Inc., Appellee

Hyundai Engineering Brasil, affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Chennai Private Ltd., affiliate of Appellee Hyundai ENG America, Inc

Hyundai Engineering Co., (not publicly traded),

Hyundai Engineering Co., Ltd. is the parent company of Hyundai ENG America, Inc. (not publicly traded)

Hyundai Engineering Czech S.R.O., affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Deutschland GMBH, affiliate of Appellee Hyundai ENG America, Inc.

*Key v. Hyundai Motor Manufacturing Ala., LLC, et al.*

No. 24-11126-GG

Hyundai Engineering India Private Limited, affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Insaat Turizm, affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Malaysia SDN BHD, affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Mexico, S. DE R.L. DE C.V., affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Pakistan (Private) Limited, affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Poland S. Zoo, affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering RUS L.L.C., affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Singapore PTE. Ltd., affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Slovakia S.R.O.

Hyundai Engineering, affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Hyundai Engineering China (Beijing) Co. Ltd., affiliate of Appellee Hyundai ENG America, Inc.

*Key v. Hyundai Motor Manufacturing Ala., LLC, et al.*

No. 24-11126-GG

Hyundai Motor America, Single member of Appellee Hyundai Motor Manufacturing of Alabama, LLC.

Hyundai Motor Company, Ltd. (HYMTF, OTC U.S. Stock Market Ticker)[1], Parent of Hyundai Motor America

Hyundai Motor Manufacturing of Alabama, LLC, Appellee

Hyunen Canada Ltd., affiliate of Appellee Hyundai ENG America, Inc.

Indonesia Facility Management, affiliate of Appellee Hyundai ENG America, Inc.

Key, Davita M., Appellant

Lehr Middlebrooks Vreeland & Thompson, PC, Counsel for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Leonard, Heather Newsom, Attorney for Appellant

Marks, The Honorable Emily C., United States District Court Judge

Middlebrooks, David J., Attorney for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Miller, T. Matthew, Attorney for Appellee Hyundai ENG America, Inc.

Palmer Law, LLC, Counsel for Appellant

Palmer, Leslie A., Attorney for Appellant

---

[1] Hyundai Motor Company, Ltd. is publicly traded on the Korean Stock Exchange.

C-4 of 5

*Key v. Hyundai Motor Manufacturing Ala., LLC, et al.*

No. 24-11126-GG

Pt. Hein Global Utama, affiliate of Appellee Hyundai ENG America, Inc.

PT. Hyundai Engineering SSA, affiliate of Appellee Hyundai ENG America, Inc.

Pt. Hyundai Engineering, affiliate of Appellee Hyundai ENG America, Inc.

Redmond, Wesley C., Attorney for Appellee Dynamic Security, Inc.

Rizhao Amco Property Service Co., Ltd., affiliate of Appellee Hyundai ENG America, Inc.

Sanayi ve Ticaret Limited Sirketi, affiliate of Appellee Hyundai ENG America, Inc.

Smith, Scott Burnett, Attorney for Appellee Hyundai ENG America, Inc.

Vaughan, Sarahanne Young, Attorney for Appellee Hyundai ENG America, Inc.

Yundai Engineering India Private Limited, affiliate of Appellee Hyundai ENG America, Inc.

### APPELLEE HYUNDAI ENG AMERICA, INC.'S UNOPPOSED MOTION
### FOR EXTENSION OF BRIEFING SCHEDULE

Appellee Hyundai ENG America, Inc. respectfully moves the Court pursuant to Eleventh Circuit Rule 31-2(d) for a 14-day extension of time to file its response brief, which is currently due on Monday, January 27, 2025. In support of this motion, the undersigned states as follows:

1.      On December 3, 2024, Appellee's counsel was granted a thirty-day over the phone extension, until January 27, 2025, to file its response brief.

2.      In the interim, Appellee's counsel, Scott Burnett Smith, was unexpectedly out of the country. Over the holidays, his daughter was notified that she was accepted into an international dance conservatory in Turin, Italy. He had to coordinate his daughter's travel and visa documentation and subsequently travel with her to secure housing. He did not return until January 13, 2025.

3.      On January 13, 2025, Appellee's appellate associate, Sarahanne Vaughan, who was working on the response brief, gave birth two weeks before her due date.

4.      Appellee does not request this extension for any improper purpose or delay. The undersigned is diligently working towards filing its response brief. Appellant should not be prejudiced by this modest delay.

5.      Pursuant to Eleventh Circuit Rule 26-1, the undersigned counsel contacted counsel for Appellant, Heather Newsome Leonard and Leslie Palmer, on

1

January 16, 2025, who stated Appellant had no objection to the 14-day extension requested herein.

For the reasons stated above, Appellee respectfully requests the Court grant this motion and extend the time allotted to file the supplemental brief by fourteen days to Monday, February 10, 2025.

Respectfully submitted on this, the 16th day of January, 2025.

*s/ Scott Burnett Smith*
Scott Burnett Smith
Schyler B. Burney
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
(256) 517-5198
ssmith@bradley.com
sburney@bradley.com

T. Matthew Miller
Sarahanne Vaughn
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8000
mmiler@bradley.com
svaughan@bradley.com

*Attorneys for Appellee Hyundai ENG America, Inc.*

<u>C**ERTIFICATE OF** C**OMPLIANCE**</u>

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel certifies that this motion complies with the type-volume limitation of Rule 27(d)(2)(A). This motion contains 275 words, excluding the parts of the motion exempted by Rule 32(f).

As required by Rule 27(d)(1)(E), this motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman type style, font size 14.

<u>*s/ Scott Burnett Smith*</u>
*Attorneys for Appellee Hyundai ENG America, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 16th day of January 2025, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit via the CM/ECF filing system, which will effect service on all counsel of record.

<u>*s/ Scott Burnett Smith*</u>
*Attorneys for Appellee Hyundai ENG America, Inc.*