No. 24-11126
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

DAVITA KEY,

*Plaintiff-Appellant,*

v.

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, et al.

*Defendant-Appellees,*

Appeal from the United States District Court for the Middle District of Alabama, Northern Division

No. 2:19-cv-767-ECM
_____

APPELLEE DYNAMIC SECURITY, INC.'S MOTION FOR EXTENSION OF
BRIEFING SCHEDULE
_____

> Wesley C. Redmond
> Susan W. Bullock
> FordHarrison LLP
> 420 20th Street North, Suite 2560
> Birmingham, AL  35203
> wredmond@fordharrison.com
> Phone: 205-244-5905
> sbullock@fordharrison.com
> Phone: 205-244-5904
> *Counsel for Appellee,*
> *Dynamic Security, Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Appellee Dynamic Security, Inc., submits the following list of all judges, attorneys, individuals, associations, firms, partnerships, or corporations having an interest in the outcome of this appeal:

Bae, Yurie Yeoul (Attorney for Defendant/Appellee Hyundai ENG America, Inc.);

Bond, Cortlin (Attorney for Defendant/Appellee Hyundai ENG America, Inc.);

Bradley Arant Boult Cummings, LLP (Counsel for Defendant/Appellee Hyundai ENG America, Inc.);

Brown, Whitney R. (Attorney for Defendant/Appellee Hyundai Motor Manufacturing Alabama, LLC);

Bullock, Susan W. (Attorney for Defendant/Appellant Dynamic Security, Inc.);

DeWeese & Bae, LLC (Counsel for Defendant/Appellee Hyundai ENG America, Inc.);

DeWeese, Richard L., Jr. (Attorney for Defendant/Appellee Hyundai ENG America, Inc.);

Doyle, The Honorable Stephen M., United States Magistrate Judge for the Middle District of Alabama;

Dynamic Security, Inc. (Defendant/Appellant);

FordHarrison, LLP (Counsel for Defendant/Appellant Dynamic Security, Inc.);

Gilbride, Karla (General Counsel for Amicus Curiae The Equal Employment Opportunity Commission);

Goldstein, Jennifer S. (Associate General Counsel for Amicus Curiae The Equal Employment Opportunity Commission);

Heather Leonard, P.C. (Counsel for Plaintiff/Appellee Davita M. Key);

Hyundai ENG America, Inc. (Defendant/Appellee);

Hyundai Motor Manufacturing Alabama, LLC (Defendant/Appellee);

Key, Davita M. (Plaintiff/Appellee);

Lehr Middlebrooks Vreeland & Thompson, P.C. (Counsel for Defendant/Appellee Hyundai Motor Manufacturing Alabama, LLC);

Leonard, Heather (Attorney for Plaintiff/Appellee Davita M. Key);

Marks, The Honorable Emily C., Chief Judge, United States District Court for the Middle District of Alabama;

Middlebrooks, David J. (Attorney for Defendant/Appellee Hyundai Motor Manufacturing Alabama, LLC);

Miller, T. Matthew (Attorney for Defendant/Appellee Hyundai ENG America, Inc.);

Occhialino, Anne Noel (Assistant General Counsel for Amicus Curiae The Equal Employment Opportunity Commission);

Palmer Law, LLC (Counsel for Plaintiff/Appellee Davita M. Key);

Palmer, Leslie A. (Attorney for Plaintiff/Appellee Davita M. Key);

Redmond, Wesley C. (Attorney for Defendant/Appellant Dynamic Security, Inc.);

Smith, Scott Burnett (Attorney for Defendant/Appellee Hyundai ENG America, Inc.);

Vaughn, Sarahanne Young (Attorney for Defendant/Appellee Hyundai ENG America, Inc.).

Pursuant to Fed. R. App. P. 26.1-3(b), Dynamic Security, Inc., states that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

<u>Corporate Disclosure</u>. Pursuant to Fed. R. App. P. 26.1, and 11th Cir. R. 26.1-1, 26.1-2 and 26.1-3, Defendant/Appellee Dynamic Security, Inc., submits this Corporate Disclosure, stating as follows: Dynamic Security, Inc. has not issued shares or debt securities to the public. Furthermore, no parent, subsidiary, or affiliate of Dynamic Security, Inc. has issued shares of debt securities to the public, nor does

any publicly owned company own ten percent or more of the stock of the Dynamic Security, Inc. Defendant/Appellee Dynamic Security, Inc. is not aware of any other entity likely to be an active participant in the proceedings.

# APPELLEE DYNAMIC SECURITY INC.'S MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Appellee Dynamic Security, Inc. respectfully moves the Court pursuant to Eleventh Circuit Rule 31-2(d) for a 14-day extension of time to file its response brief, which is currently due on Monday, January 27, 2025. In support of this motion, the undersigned states as follows:

1. On December 6, 2024, Appellee's counsel was granted a thirty-day over the phone extension, until January 27, 2025, to file its response brief.

2. On January 16, 2025, the Appellee Hyundai ENG America, Inc. filed an unopposed motion for extension of the briefing schedule to extend the time allotted to file its response brief by fourteen days to Monday, February 10, 2025.[1] That motion was granted on January 17, 2025. The Court entered the same Order in both the Key appeal, No. 24-11126, and the Dynamic appeal, No. 24-11069, even though Appellee HEA is only a party to the Key appeal.

3. The Order stated that "Appellees' response brief is due on February 10, 2025."

4. Dynamic Security Inc. was preparing to join HEA's motion Friday, January 17, 2025, but the Court entered an order granting it before Dynamic filed its

---

[1] Appellees Hyundai ENG America, Inc. ("HEA") and Hyundai Motor Manufacturing, Inc. were also granted extensions until January 27, 2025, to file their response briefs in the Key appeal, No. 24-11126, and Appellee Davita Key was granted an extension until January 27, 2025, to file her response brief in the Dynamic appeal, No. 24-11069.

1

motion. Upon receipt of this Order, it appeared that the Court's reference to "Appellees" applied to all appellees in both appeals, but it was too late to contact the case manager for clarification. Dynamic Security, Inc. now understands the Order applies only to the response brief of Appellee Hyundai ENG America, Inc.

5. Dynamic Security, Inc. requests the same extension of time that was granted to Appellee Hyundai ENG America, Inc. so that both Appellees' response briefs will be due on the same day. Thus, Dynamic Security, Inc. requests an extension to February 10, 2025, in which to file its response brief in this appeal. The undersigned reached out by email to counsel for Appellant, Davita Key, on Friday, January 17, 2025, to see if Appellant had any objection to this extension request, and Appellant's counsel has not responded with any objection or agreement to this request.

                    Respectfully submitted,

                    */s/ Wesley C. Redmond*
                    Wesley C. Redmond
                    Susan W. Bullock
                    FordHarrison LLP
                    420 20th Street North, Suite 2560
                    Birmingham, AL  35203
                    wredmond@fordharrison.com
                    Phone: 205-244-5905
                    sbullock@fordharrison.com
                    Phone: 205-244-5904

                    *Attorneys for Appellee,*
                    *Dynamic Security, Inc.*

## Certificate of Compliance

Pursuant to Fed. R. App. P. 32(g), the undersigned certifies this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This document contains 396 words excluding those parts exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6).

Dated: January 22, 2025

Respectfully submitted,

*/s/Wesley C. Redmond*
OF COUNSEL

3

## Certificate of Service

I certify that, on January 22, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Counsel for all parties registered as CM/ECF users will be served with the foregoing document by the Court's CM/ECF system.

*/s/Wesley C. Redmond*
OF COUNSEL