# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11126

_____

DAVITA M. KEY,

                                        Plaintiff-Appellant,

*versus*

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,
HYUNDAI ENGINEERING AMERICA, INC.,
DYNAMIC SECURITY, INC.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:19-cv-00767-ECM-SMD

_____

| | | |
|---|---|---|
| 2 | Order of the Court | 24-11126 |

ORDER:

The motion for an extension of time to and including February 10, 2025, to file Dynamic Security, Inc.'s response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE