IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DOCKET NO.: 24-11126

DAVITA M. KEY,

Appellant

v.

HYUNDAI MOTOR MANUFACTURING OF ALABAMA, et al,

Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DISTRICT COURT CIVIL ACTION NO.: 2:19-CV-00767-ECM-SMD

APPELLEE HYUNDAI MOTOR MANUFACTURING OF ALABAMA, LLC'S
UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

OF COUNSEL:

Whitney R. Brown ASB-4431-H71B
David J. Middlebrooks ASB- 8553-D58D
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
wbrown@lehrmiddlebrooks.com
dmiddlebrooks@lehrmiddlebrooks.com

# APPELLEE HYUNDAI MOTOR MANUFACTURING OF ALABAMA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 through 26.1-3, the undersigned counsel for Appellee Hyundai Motor Manufacturing Alabama, LLC, certifies that the following have an interest in the outcome of this appeal:

Bae, Yurie Yeoul—counsel for Appellee Hyundai ENG America, Inc.

Bond, Cortlin—counsel for Appellee Hyundai ENG America, Inc.

Bradley Arant Boult Cummings, LLP—counsel for Appellee Hyundai ENG America, Inc.

Brown, Whitney R.—counsel for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Bullock, Susan W. —counsel for Appellee Dynamic Security, Inc.

Burney, Schyler B.—counsel for Appellee Hyundai ENG America, Inc.

Company Australia PTY Ltd.—affiliate of Appellee Hyundai ENG America, Inc.[1]

Construtora Egestao de Projetos Ltda.—affiliate of Appellee Hyundai ENG America, Inc.

DeWeese & Bae, LLC –counsel for Appellee Hyundai ENG America, Inc.

---

[1] The undersigned filer incorporates here the affiliates and corporate parent entity disclosed by Hyundai ENG America, Inc., in its CIP.

DeWeese, Richard L., Jr. – counsel for Appellee Hyundai ENG America, Inc.

Doyle, The Honorable Stephen M.—U.S. Magistrate Judge

Dynamic Security, Inc.—Appellee

Equal Employment Opportunity Commission—Amicus Curiae

FordHarrison, LLP—counsel for Appellee Dynamic Security, Inc.

Galing Power & Energy Construction Co. Inc.—affiliate of Appellee Hyundai ENG America, Inc.

Gilbride, Karla—General Counsel for Amicus Curiae the Equal Employment Opportunity Commission

Goldstein, Jennifer S.—Associate General Counsel for Amicus Curiae the Equal Employment Opportunity Commission

Heather Leonard, P.C.—Counsel for Appellant Davita M. Key

HEC India LLP—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai ENG America, Inc.—Appellee

Hyundai Engineering Brasil—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Chennai Private Ltd.—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Co., (not publicly traded)

2

Hyundai Engineering Co., Ltd.—the parent company of Hyundai ENG America, Inc. (not publicly traded)

Hyundai Engineering Czech S.R.O.—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Deutschland GMBH—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering India Private Limited—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Insaat Turizm—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Malaysia SDN BHD—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Mexico, S. DE R.L. DE C.V., affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Pakistan (Private) Limited—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Poland S. Zoo—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering RUS L.L.C., affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Singapore PTE. Ltd.—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Engineering Slovakia S.R.O.

Hyundai Engineering—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Hyundai Engineering China (Beijing) Co. Ltd.—affiliate of Appellee Hyundai ENG America, Inc.

Hyundai Motor America—single member of Appellee Hyundai Motor Manufacturing of Alabama, LLC.

Hyundai Motor Company, Ltd. (HYMTF, OTC U.S. Stock Market Ticker)[2]—parent of Hyundai Motor America

Hyundai Motor Manufacturing of Alabama, LLC—Appellee

Hyunen Canada Ltd.—affiliate of Appellee Hyundai ENG America, Inc.

Indonesia Facility Management—affiliate of Appellee Hyundai ENG America, Inc.

Key, Davita M.—Appellant

Lehr Middlebrooks Vreeland & Thompson, PC—counsel for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Leonard, Heather Newsom—counsel for Appellant Davita M. Key

Marks, Emily C.—U.S. District Court Judge

---

[2] Hyundai Motor Company, Ltd. is publicly traded on the Korean Stock Exchange.

Middlebrooks, David J.—counsel for Appellee Hyundai Motor Manufacturing of Alabama, LLC

Miller, Matthew T.—counsel for Appellee Hyundai ENG America, Inc.

Occhialino, Anne Noel-- Assistant General Counsel for Amicus Curiae the Equal Employment Opportunity Commission

Palmer Law, LLC—counsel for Appellant

Palmer, Leslie A.—counsel for Appellant

Pt. Hein Global Utama—affiliate of Appellee Hyundai ENG America, Inc.

PT. Hyundai Engineering SSA—affiliate of Appellee Hyundai ENG America, Inc.

Pt. Hyundai Engineering—affiliate of Appellee Hyundai ENG America, Inc.

Redmond, Wesley C.—counsel for Appellee Dynamic Security, Inc.

Rizhao Amco Property Service Co., Ltd., affiliate of Appellee Hyundai ENG America, Inc.

Sanayi ve Ticaret Limited Sirketi, affiliate of Appellee Hyundai ENG America, Inc.

Smith, Scott Burnett—counsel for Appellee Hyundai ENG America, Inc.

Vaughn, Sarahanne—counsel for Appellee Hyundai ENG America, Inc.

Yeomans, Georgina C.—counsel for Amicus Curiae the Equal Employment Opportunity Commission

5

Yundai Engineering India Private Limited—affiliate of Appellee Hyundai ENG America, Inc.

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellee states as follows:

Hyundai Motor Manufacturing Alabama, LLC is a single member limited liability company. Its single member is Hyundai Motor America, whose parent company is Hyundai Motor Company, Ltd., which is listed on the Korean Stock Exchange.

# APPELLEE HYUNDAI MOTOR MANUFACTURING ALABAMA LLC'S UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Appellee Hyundai Motor Manufacturing Alabama, LLC, (HMMA) respectfully moves the Court pursuant to Eleventh Circuit Rule 31-2(d) for a 14-day extension of time to file its response brief, which is currently due on Monday, January 27, 2025. In support of this motion, the undersigned states as follows:

1. On December 9, 2024, HMMA's counsel was granted a thirty-day over the phone extension, until January 27, 2025, to file its response brief.

2. On January 16, 2025, Appellee Hyundai ENG America, Inc., filed an unopposed motion for extension of the briefing schedule to extend the time allotted to file its response brief by fourteen days to Monday, February 10, 2025. That motion was granted on January 17, 2025.

3. On January 22, 2025, Appellee Dynamic Security, Inc., sought and was granted a concurrent extension of fourteen days to Monday, February 10, 2025, to file its response brief.

4. The undersigned's firm is small, and the primary support staff on this case are presently working through illnesses to support a January 27 filing; however, a small extension concurrent with those granted to the other two Appellees would alleviate this pressure, and prevent the possibility that their critical work would be performed, clumsily, by the undersigned.

1

5.    The undersigned contacted counsel for Appellant at around 6:00pm on January 22, 2025, to see if they opposed this motion. Appellant's counsel graciously responded the same evening that they did not oppose this motion.

For the reasons stated above, Appellee HMMA respectfully requests the Court grant this motion and extend the time for its Response Brief by fourteen days, to February 10, 2025.

Respectfully Submitted on January 23, 2025,

/s/Whitney R. Brown
Whitney R. Brown ASB-4431-H71B
David J. Middlebrooks ASB- 8553-D58D

Attorneys for Appellee Hyundai Motor Manufacturing Alabama, LLC

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Fax: (205) 326-3008
Email: wbrown@lehrmiddlebrooks.com
       dmiddlebrooks@lehrmiddlebrooks.com

2

## Certificate of Compliance

Pursuant to Fed. R. App. P. 32(g), the undersigned certifies this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The body of this motion contains 277 words excluding those parts exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word (Office 365) in 14-point Times New Roman font.

/s/Whitney R. Brown
Whitney R. Brown

Attorney for Appellee Hyundai Motor
Manufacturing Alabama, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on the January 23, 2025, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit via the CM/ECF filing system, which will effect service on all counsel of record.

                                     /s/Whitney R. Brown
                                     Whitney R. Brown

                                     Attorney for Appellee Hyundai Motor
                                     Manufacturing Alabama, LLC

815460.docx