Nos. 24-11126

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

DAVITA KEY,
     Plaintiff-Appellant,

v.

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC;
HYUNDAI ENGINEERING AMERICA, INC.; and
DYNAMIC SECURITY, INC.,
     Defendants-Appellees.

_____

**MOTION OF THE EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION AS AMICUS CURIAE TO WITHDRAW GEORGINA
YEOMANS AS COUNSEL**

_____

ANDREW B. ROGERS
*Acting General Counsel*

JENNIFER S. GOLDSTEIN
*Associate General Counsel*

ANNE NOEL OCCHIALINO
*Assistant General Counsel*

GEORGINA C. YEOMANS
*Attorney*

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. NE, Fifth Floor
Washington, DC 20507
(202) 921-2748
georgina.yeomans@eeoc.gov

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, the Equal Employment Opportunity Commission (EEOC) as amicus curiae certifies that, in addition to those listed in the certificates filed by plaintiffs-appellants and defendants-appellees, the following persons and entities may have an interest in the outcome of this case:

1. Equal Employment Opportunity Commission (Amicus Curiae)

2. Goldstein, Jennifer S. (Associate General Counsel, EEOC)

3. Occhialino, Anne Noel (Assistant General Counsel, EEOC)

4. Rogers, Andrew (Acting General Counsel, EEOC)

5. Sharon, Chelsea (Attorney, EEOC)

6. Yeomans, Georgina C. (Attorney, EEOC)

Pursuant to Federal Rule of Appellate Procedure 26.1, the EEOC, as a government agency, is not required to file a corporate disclosure statement. The EEOC is not aware of any publicly traded corporations or companies that have an interest in the outcome of this case or appeal.

## MOTION OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AS AMICUS CURIAE TO WITHDRAW GEORGINA YEOMANS AS COUNSEL

The EEOC has participated as amicus curiae in this appeal. The EEOC now moves to withdraw Georgina C. Yeomans as lead counsel. In support of this motion, the EEOC states:

1. Ms. Yeomans will no longer be employed with the EEOC as of February 14, 2025.

2. Chelsea Sharon has filed a notice of appearance and will serve as lead counsel for the EEOC.

3. The EEOC's interests will therefore continue to be represented in this appeal.

Accordingly, the EEOC asks this Court to grant this motion and withdraw Georgina C. Yeomans as lead counsel for the EEOC.

ANDREW B. ROGERS
Acting General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

ANNE NOEL OCCHIALINO
Assistant General Counsel

*/s/ Georgina C. Yeomans*
GEORGINA C. YEOMANS
D.C. Bar No. 1510777

3

Appellate Attorney
Office of General Counsel
Equal Employment Opportunity
Commission
131 M St. NE, Fifth Floor
Washington, DC 20507
(202) 921-2748
georgina.yeomans@eeoc.gov

February 11, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 98 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century Schoolbook 14 point.

ANDREW B. ROGERS
Acting General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

ANNE NOEL OCCHIALINO
Assistant General Counsel

*/s/ Georgina C. Yeomans*
GEORGINA C. YEOMANS
D.C. Bar No. 1510777
Appellate Attorney
Office of General Counsel
Equal Employment Opportunity
Commission
131 M St. NE, Fifth Floor
Washington, DC 20507
(202) 921-2748
georgina.yeomans@eeoc.gov

February 11, 2025

5

## CERTIFICATE OF SERVICE

I certify that on February 11, 2025, I electronically filed the foregoing

motion in PDF format with the Clerk of Court via the appellate CM/ECF

system. I certify that all counsel of record are registered CM/ECF users,

and service will be accomplished via the appellate CM/ECF system.


*/s/ Georgina C. Yeomans*
GEORGINA C. YEOMANS
D.C. Bar No. 1510777
Appellate Attorney
Office of General Counsel
Equal Employment Opportunity
Commission
131 M St. NE, Fifth Floor
Washington, DC 20507
(202) 921-2748
georgina.yeomans@eeoc.gov