UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-11126-GG
Case Style: Davita Key v. Hyundai Motor Manufacturing Alabama, LLC, et al.,
District Court Docket No: 2:19-cv-00767-ECM-SMD

**PAPER COPIES REQUIRED**

Briefs
Pursuant to 11th Cir. R. 31-3, appellant must send to the Court two paper copies of the party's reply brief within seven days of the date of this notice. **The paper copies of briefs submitted by ECF filers must include the ECF docketing header from the electronically filed version of the brief.** The paper copies of briefs also must comply with all formatting requirements, including binding and cover requirements. *See, e.g.,* 11th Cir. R. 32-1, 32-2, and IOP 4 to FRAP 32.

Paper Copies Submitted Before April 1, 2025
If you submitted required paper copies of briefs or appendices under the previous versions of 11th Cir. R. 30-1(d) and 31-3 (revised April 1, 2025), you are not required to resubmit those paper copies.

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:              404-335-6122
Case Administration:   404-335-6135     Capital Cases:                    404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument:      404-335-6141

Notice Requesting Paper Copies