No. 24-11126

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DAVITA KEY,
    Plaintiff-Appellant,

v.

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, ET AL.,
    Defendants-Appellees.

On Appeal from the United States District Court
for the Middle District of Alabama

**MOTION OF AMICUS CURIAE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO PARTICIPATE IN ORAL ARGUMENT ON TIME CEDED BY PLAINTIFF-APPELLANT**

ANDREW B. ROGERS
  *Acting General Counsel*

JENNIFER S. GOLDSTEIN
  *Associate General Counsel*

JEREMY D. HOROWITZ
  *Acting Assistant General Counsel*

CHELSEA C. SHARON
  *Attorney*
  *Equal Employment Opportunity Commission*
  131 M St. NE, Fifth Floor
  Washington, DC 20507
  (202) 921-2889
  chelsea.sharon@eeoc.gov

*Key v. Hyundai Motor Manufacturing Alabama, LLC*, No. 24-11126

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, the Equal Employment Opportunity Commission (EEOC) as amicus curiae certifies that, in addition to those listed in the certificates filed by Plaintiff-Appellant and Defendants-Appellees, the following persons and entities may have an interest in the outcome of this case:

Equal Employment Opportunity Commission ("EEOC") (Amicus Curiae)

Goldstein, Jennifer S. (Associate General Counsel, EEOC)

Horowitz, Jeremy D. (Acting Assistant General Counsel, EEOC)

Rogers, Andrew B. (Acting General Counsel, EEOC)

Sharon, Chelsea C. (Attorney, EEOC)

The EEOC is not aware of any publicly traded corporations or companies that have an interest in the outcome of this case or appeal.

Pursuant to Federal Rule of Appellate Procedure 26.1, the EEOC, as a government agency, is not required to file a corporate disclosure statement.

/s/ Chelsea C. Sharon
CHELSEA C. SHARON

C-1 of 1

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| DAVITA KEY, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, ET AL., <br><br> Defendants-Appellees. | No. 24-11126 |

### MOTION OF AMICUS CURIAE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO PARTICIPATE IN ORAL ARGUMENT ON TIME CEDED BY PLAINTIFF-APPELLANT

This Court assigned this case to the oral argument calendar for November 19, 2025. The Equal Employment Opportunity Commission ("EEOC") filed a brief as amicus curiae, and it now moves to participate in oral argument on time ceded by Plaintiff-Appellant to address issues (II), (III), and (IV) raised in EEOC's brief.

Specifically, EEOC seeks to participate to address the issues of: (1) whether the district court's presumption that the plaintiff received a notice of right to sue three days after its mailing was error; (2) whether the

1

district court erred when it required evidence that defendants applied the no-dreadlocks policy unequally to sustain a disparate-treatment challenge to the ban; and (3) whether this Court should reconsider its precedent that precludes retaliation plaintiffs from having a reasonable, good-faith belief that conduct is discriminatory if circuit case law has found such conduct nondiscriminatory.

In support of this motion, EEOC states:

1. Congress charged EEOC with administering and enforcing federal laws prohibiting workplace discrimination, including Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*

2. This appeal raises important questions as to Title VII's protections and its administrative prerequisites to suit. It also implicates 42 U.S.C. § 1981, which, as relevant here, has the same proof requirements and analytical framework as Title VII.

3. Because EEOC has a substantial interest in the proper interpretation of Title VII, the agency offered its views to this Court by filing an amicus brief, and it wishes to elaborate on these views during oral argument. *See* Fed. R. App. P. 29(a)(2), (8).

2

4.      Plaintiff-Appellant has agreed to cede time to EEOC from her allotted time for oral argument. EEOC's participation therefore will not extend the day's calendar.

5.      Federal Rule of Appellate Procedure 29 favors the presentation of the views of federal agencies to the courts of appeals. EEOC frequently argues before this Court on questions involving the laws EEOC administers and enforces.

6.      Counsel for EEOC contacted counsel for Defendants-Appellees. Counsel for Hyundai Motor Manufacturing Alabama, LLC and counsel for Hyundai Engineering America, Inc. indicated that they did not oppose the motion. Counsel for Dynamic Security, Inc. had not responded as of the time of filing this motion.

EEOC thus asks this Court to grant this motion and permit EEOC to present oral argument as to issues (II), (III), and (IV) raised in EEOC's brief.

.

                Respectfully submitted,

ANDREW B. ROGERS
  *Acting General Counsel*

JENNIFER S. GOLDSTEIN
  *Associate General Counsel*

JEREMY D. HOROWITZ
  *Acting Assistant General Counsel*

<u>/s/ Chelsea C. Sharon</u>
CHELSEA C. SHARON
  *Attorney*
  *Equal Employment Opportunity*
    *Commission*
  *131 M St. NE, Fifth Floor*
  *Washington, DC 20507*
  *(202) 921-2889*
  *chelsea.sharon@eeoc.gov*

September 23, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 413 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface in Book Antiqua 14-point font.

/s/ Chelsea C. Sharon
CHELSEA C. SHARON

## CERTIFICATE OF SERVICE

I, Chelsea C. Sharon, hereby certify that on September 23, 2025, I electronically filed the foregoing motion in PDF format with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Chelsea C. Sharon  
CHELSEA C. SHARON
