**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C.  20507**

Office of
General Counsel

**VIA CM/ECF**                                                          October 1, 2025

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re:    *Key v. Hyundai Motor Manufacturing Alabama, LLC, et al.*, No. 24-11126 (11th Cir.)

Dear Mr. Smith:

I write regarding the EEOC's participation as *amicus curiae* in the above captioned appeal. As of October 1, 2025, appropriations for funding Federal Government operations, including those of the EEOC, have lapsed. As a Federal Government agency, the EEOC is subject to the federal Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not— … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "… may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Such emergencies "do[] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." 31 U.S.C. § 1342.

Because of the lapse in appropriations of Federal Government funding and the requirements of the Antideficiency Act, EEOC lawyers are prohibited from engaging in non-essential litigation activities in the present circumstances. Accordingly, EEOC employees are barred from communication with the courts on any non-essential EEOC matter until funding is restored.

The EEOC has filed a motion to participate in the oral argument calendared for November 19, 2025, in this case. If this Court grants the motion to participate and the Federal Government has reopened, the EEOC will appear for argument.

If the Court has any questions for the EEOC regarding this appeal during the course of the shutdown, please contact Associate General Counsel Jennifer Goldstein at (202) 921-2548, or at Jennifer.Goldstein@eeoc.gov.

Respectfully,

/s Chelsea C. Sharon
CHELSEA C. SHARON

Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. NE, Fifth Floor
Washington, D.C. 20507
(202) 921-2889
Chelsea.Sharon@eeoc.gov